IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:22-CV-00212-D

| | | |
|---|---|---|
| COLORADO BANKERS LIFE<br>INSURANCE COMPANY and<br>SOUTHLAND NATIONAL<br>REINSURANCE CORPORATION, | ) <br> ) <br> ) <br> ) | |
| | ) | **ORDER** |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | |
| GBIG HOLDINGS, LLC, | ) <br> ) | |
| Defendant. | ) | |

This matter came before the Court on Plaintiffs Colorado Bankers Life Insurance Company and Southland National Reinsurance Corporation's Emergency Motion for Pretrial Attachment of Defendant's Assets. For good cause shown, the Court grants expedited relief. The court GRANTS Plaintiff's motion for prejudgment attachment and ORDERS that upon Plaintiffs' payment of a bond in the amount of $200.00 to the Clerk of Court, a writ shall issue commanding the United States Marshal to attach and levy upon any goods or other personal property of Defendant GBIG Holdings, LLC, within the Eastern District of North Carolina sufficient to satisfy a judgment in the amount of $5,000,000.00.

SO ORDERED

This the ___9___ day of May, 2023.

_____
JAMES C. DEVER, III
United States District Judge